**Carl BANGS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62053.**

Missouri Court of Appeals,
Western District.

Jan. 30, 2004.

---

Mark A. Grothoff, Columbia, MO, for appellant.

John M. Morris, III, Jefferson City, MO, for respondent.

Before SMART, P.J., ULRICH and HARDWICK, JJ.

## ORDER

PER CURIAM.

Carl Bangs appeals the denial of his Rule 29.15 motion following an evidentiary hearing. He contends the motion court erred in denying post-conviction relief based on the ineffectiveness of his trial and appellate counsel. Upon review of the record, we find no error and affirm the motion court's judgment. Because a published opinion would have no precedential value, the parties have been provided with a Memorandum explaining the reasons for our decision.

Affirmed. Rule 84.16(b).